(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant,
　　　JESUS ORNALES SANCHEZ

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: **1:20-CR-00222-DAD-BAM** |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDER** |
| JESUS ORNALES SANCHEZ, | |
| Defendant. | |

　　　TO:　THE HONORABLE MAGISTRATE JUDGE BARBARA A. MCAULIFFE, AND TO THE UNITED STATES ATTORNEY AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY, JESSICA MASSEY:

　　　Defendant, JESUS ORNALES SANCHEZ, by and through his counsel, MARK W. COLEMAN, of NUTTALL & COLEMAN, hereby applies for an Order modifying his conditions of release. Specifically, Mr. Ornales Sanchez requests an order modifying condition 7(m) of his pretrial release to place him on curfew, between the hours of 8:00 p.m. and 5:00 a.m., daily.

　　　Currently Defendant, JESUS ORNALES SANCHEZ, is on pretrial release, ordered home detention, and location monitoring.

Mr. Sanchez Ornales is requesting that the court allow him to change is home detention status to curfew, with all other orders remaining in place.

Counsel has communicated with Pre-Trial Services Officer, Frank Guerrero with respect to this request. Mr. Ornales Sanchez is being supervised by Officers Brenda Mercado and Tiffany Rivers in the Central District of California and have confirmed with Mr. Guerrero that Mr. Ornales Sanchez has been in full compliance with his conditions of release and has adhered with location monitoring requirements.

Counsel has communicated with Assistant United States Attorney Jessica Massey who has no objection to allowing the Defendant have curfew from 9:00 p.m. to 5:00 a.m.

**IT IS SO STIPULATED.**

Dated: August 16, 2021.          Respectfully Submitted,

                                 NUTTALL & COLEMAN

                                 /s/ Mark W. Coleman

                                 MARK W. COLEMAN
                                 Attorney for Defendant,
                                 JESUS ORNALES SANCHEZ

Dated: August 16, 2021.          UNITED STATES ATTORNEY'S OFFICE

                                 /s/ Jessica Massey

                                 JESSICA MASSEY
                                 Assistant U.S. Attorney

## **ORDER**

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that Defendant, JESUS ORNALES SANCHEZ custody status is changed from home detention to curfew from 8:00 p.m. to 5:00 a.m.  Mr. Ornales Sanchez must remain inside his residence every day from 8:00pm to 5:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.  All other Conditions of Release, not modified herein, will remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 17, 2021**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE