UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ORNALES SANCHEZ,<br><br>Defendant. | Case No. 1:20-cr-0222-NODJ-BAM<br><br>**ORDER DENYING MOTION TO DECLARE BAIL FORFEITED, WITHOUT PREJUDICE** |

On August 8, 2024, Plaintiff United States filed an *Ex Parte* Motion For Order Declaring Bail Forfeited. (Doc. 157.) Plaintiff seeks to have the bail declared forfeited because Defendant Jesus Ornales Sanchez ("Defendant") breached conditions of his appearance bond in that Defendant violated his curfew and thereafter absconded. (Doc. 157.) A Petition for violation of his pretrial release has issued, and a Magistrate Judge has issued a bench warrant. (Doc. 158 p.2.) As a result, Plaintiff requests that the bond be declared forfeited pursuant to Federal Rule of Criminal Procedure 46(f)(1). Surety Lucerno Berenice Sanchez De Ornelas had posted a $10,000.00 cash bond on December 12, 2020 to secure the release of Defendant.

The *ex parte* request is denied without prejudice. Plaintiff has not served the surety Lucerno Berenice Sanchez De Ornelas with the motion. Plaintiff may be entitled to a declaration that the bail is forfeited under Rule 46(f)(1) for Defendant's violation of his pretrial conditions, but Plaintiff is not entitled to *ex parte* relief. "Notice and a meaningful opportunity to be heard

are the hallmarks of procedural due process." *Ludwig v. Astrue*, 681 F.3d 1047, 1053 (9th Cir. 2012) (internal brackets omitted).

Any future motion shall comply with Federal Rule of Criminal Procedure 48 and Local Rule 430.1.

For the reasons stated, Plaintiff's *Ex Parte* Motion For Order Declaring Bail Forfeited is DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   **August 8, 2024**          /s/ Barbara A. McAuliffe          
UNITED STATES MAGISTRATE JUDGE