PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00222-NODJ-BAM |
|---|---|
| Plaintiff, | **ORDER DECLARING FORFEITURE OF BAIL** |
| v. | |
| JESUS ORNALES SANCHEZ, | |
| Debtor. | |

Based upon the *ex parte* Motion for Order Declaring Bail Forfeited (Doc. 159), the government has shown that Defendant violated at least one condition of his appearance bond. Accordingly, and for good cause shown, IT IS HEREBY ORDERED that:

Pursuant to 18 U.S.C. § 3146(d) and Rule 46(f)(1) of the Federal Rules of Criminal Procedure, Defendant Jesus Ornales Sanchez's bail is ordered FORFEITED.

The government shall submit a separate motion for entry of default judgment pursuant to Fed. R. Crim. P. 46(f)(3)(A). Any future motion shall comply with Federal Rule of Criminal Procedure 47 and Local Rule 430.1. The government shall serve this order and any future motion on Surety Lucerno Berenice Sanchez De Ornelas.

IT IS SO ORDERED.

Dated: **August 13, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE