1  PHILLIP A. TALBERT
   United States Attorney
2  ARELIS M. CLEMENTE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,            | CASE NO.  1:20-CR-00222-NODJ-BAM

11 |                         Plaintiff,   | **ORDER DIRECTING CLERK TO ENTER DEFAULT JUDGMENT AND DIRECTING CLERK TO APPLY SECURED CASH BOND TO CRIME VICTIMS FUND**

12 |                    v.

13 | JESUS ORNALES SANCHEZ,

14 |                         Defendant.

15 |

16 | LUCERO BERENICE SANCHEZ DE ORNALES,

17 |                         Surety.

18

19       The Court, having reviewed the court files and the United States' Motion for an Order Directing

20 Clerk to Enter Default Judgment and Directing Clerk to Apply Secured Cash Bond to Crime Victims

21 Fund (the Motion), hereby GRANTS the Motion.  Accordingly, the Court directs the Clerk of Court to:

22       1.       ENTER default judgment in favor of the United States for $10,000.00, plus interest as

23                allowed by law; and

24 ///

25 ///

26 ///

27 ///

28 ///

ORDER DIRECTING CLERK TO ENTER DEFAULT
JUDGMENT AND DIRECTING CLERK TO APPLY CASH
BOND TO CRIME VICTIMS FUND                              1

2.      APPLY the $10,000.00 cash bond (plus any accrued interest) currently held with the clerk to the Crime Victims Fund.

IT IS SO ORDERED.

Dated:    **August 27, 2024**

_____
UNITED STATES DISTRICT JUDGE

ORDER DIRECTING CLERK TO ENTER DEFAULT
JUDGMENT AND DIRECTING CLERK TO APPLY CASH
BOND TO CRIME VICTIMS FUND